DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUC DORSIN** and **ERTHA JOSEPH** a/k/a **LISTA JOSEPH,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK**
as Trustee for **THE CERTIFICATEHOLDERS CWABS, INC.
ASSET-BACKED CERTIFICATES, SERIES 2006-19,**
Appellee.

No. 4D18-2421

[June 27, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE10021750.

Nardo Dorsin of Nardo Dorsin, P.A., Tamarac, and F. Scott Fistel of Fistel Law Group, P.A., Fort Lauderdale, for appellants.

Matthew A. Ciccio and Jennifer Travieso of Aldridge Pite, LLP, Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***